Dear Sir/Madame

This letter is to inform you pursuant to state law of Nial Sherwood Williams intent to file a federal Title 42 U.S.C. Section 1983 federal lawsuit pursuant to events that occurred on September 7, 2021.

On September 7, 2021, Plaintiff, Nial Sherwood Williams was pre-registered and scheduled to speak before the Anchorage School Board for a regular School Board meeting. Mr Williams was among the first members of the public scheduled to speak that day before the School Board, (registered as the 7th or 8th speaker for public comment). Screening members of the public's intended testimony for topic and not allowing speech based on content restrictions violates the First Amendment.

Upon entry into the building Mr Williams was confronted by Stephen C Brown and two other Securitas officers at a check in desk. Mr Williams was told in order to enter the meeting he had to place a medical device over his nose and mouth. This policy violated Mr Williams right to equally access the meeting. Mr Williams was under Doctor instructions not to wear a mask so as to not worsen other health conditions. Secondly and more important this policy of covering one's face violated Mr Williams sincerely held religious beliefs.

On September 7, 2021 no Municipality of Anchorage or State of Alaska executive order or law required the donning of masks at this time.

This lawsuit will name the following Anchorage School District employees for their parts in creating this constitutionally violative policy, (list is non exhaustive and additional Defendants may be named):

Stephen C Brown, Security ASD
2 unnamed Securitas guards
Ashley Lally, Security Director
Deena Bishop, Superintendent
Margo Bellamy, School Board President


All officers involved in the false arrest, unlawful search and seizure, and kidnapping of Mr Williams will be named in this lawsuit. This includes but is not limited to the following:

Elyssa L Specht
Boneta
Fuchs, Supervisor
Ducharme
Rising
Grammling
Chanlynn
Whitworth, Supervisor
Chief of Police Kenneth McCoy
Deputy Chief Michael Kerle

Instead of the above named law enforcement officers upholding their oath to defend the United States Constitution and Plaintiff's rights under the First, Fourth and Fourteenth Amendment they chose to create a false arrest and to kidnap Mr Williams.

The lack of knowledge and training on the Constitution among officers escalated a situation that needn't be escalated. Officers are required to enforce the law and also uphold rights affirmed in our State and Federal Constitution.

The Plaintiff was transported against his will to Anchorage Correction Center who had a policy at the time of requiring ALL prisoners to undergo a forced medical experiment. Those that chose not to were thrown in isolation cells without access to food, water, toilet paper, clean conditions free of public hair, blood, spit, urine, rat feces and other horrible things. Plaintiff was given no towel, no pillow, no clothes and despite his pleadings could not even receive toilet paper to wipe himself. Being held for any period of time under these conditions violated Mr Williams basic human dignity and fundamental rights. These policies amount to an operation of cruel and unusual punishment that was executed at the direction of Supervisor Rust. This policy was part of a broader discriminatory practice by the State Department of Corrections also depriving those same criminal defendants access to a telephone to contact a lawyer, violating the 6th Amendment. No phone calls were given to inmates who refused the medical experiment.

Also Mr Williams was continually held after cash performance bail of $25 was met and delivered to Officer Blackshear, former Corrections Officer now indicted for double murder. Blackshear held Mr Williams bail for a period of over 3 hours before actually releasing Mr Williams. This violated the Plaintiff right to be able to be released on bail designated by a judge.

These deplorable conditions were not only overseen but also was encouraged and fostered by Nancy Dahlstrom, Head of Corrections Department. Officers were trained to act this way because of her and as we can see from the record deaths of inmates on her watch their were far more sinister policies that led to others actually dying under Dalhstrom's 'care'.

Named defendants for the State of Alaska (non-exhaustive):

Nancy Dahlstrom, Director Department of Corrections
Unknown, Director of Anchorage Corrections Center on 09/07/2021
Rust, Correction supervisor
Blackshear, Correction officer


Plaintiff demands the following or lawsuit will be filed:

1). Mandatory Training on Constitution for Anchorage Police Department, Anchorage School Board, and Department of Correction staff, to be performed annually by a Constitutional Lawyer. The training must reflect a focus on those rights of citizens which are most often abridged by government, our Bill of Rights.

2). Immediate implementation of body worn cameras by all law enforcement and first responders.

3). Total Civil and Treble Damages of $10,000,000. Damages to be born equally by 3 way split for the Anchorage School District, Municipality of Anchorage, and the State of Alaska.

Contact information as follows

Nial Sherwood Williams

P.O. Box 190353
Anchorage, Alaska 99519

907-215-0975